USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO VELASQUEZ,

                Plaintiff,

v.

TERRA BROOME-STREET LLC, a New York limited liability company, MYKITA SHOP LLC, a New York limited liability company, d/b/a MYKITA, and THE NIEUW BROOME TENANTS CORP., a New York limited liability company,

                Defendants.

22-CV-2948 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On July 15, 2022, the remaining Defendant in this action—Terra-Broome-Street LLC—appeared. Pursuant to the Court's order of June 29, 2022, the parties shall submit a joint letter to the Court indicating the parties' preferences between: (1) referral to the Court's mediation program; (2) a settlement conference before a magistrate judge; or (3) an initial pretrial conference. That letter shall be submitted by July 22, 2022.

SO ORDERED.

Dated:    July 18, 2022
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge