# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida  33160
Main:  305-949-7777
Fax:    305-704-3877

July 29, 2022

**VIA CM/ECF**
Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 1506
New York, NY 10007

      Re:  Velasquez v. Mykita Shop LLC
         Case 1:22-cv-02948-RA

Dear Judge Abrams:

  The undersigned represents the Plaintiff in the above-captioned case. The Initial Pretrial Conference in this matter is currently scheduled for August 16, 2022, at 10:45 a.m., in your Honor's Courtroom.  However, Plaintiff's counsel is out of the country and will not be able to attend the hearing in person on the day of the Conference. Concurrently, counsel for Terra Broome-Street LLC will also be out of the country on the date of the Conference and will not be able to attend in-person, nor telephonically.

  Therefore, Plaintiff hereby respectfully seeks an adjournment of this Conference until after an August 22nd date convenient to the Court when all parties will be able to attend the Conference.  In addition, the undersigned informs the Court that counsel for Mykita Shop LLC will not be available the week of August 29.

  The undersigned has conferred with the opposing counsel in this matter, who have not objected to the filing of this motion.  This is the undersigned counsel's first request for an adjournment of this Conference.  Thank you for your attention to this matter.

               Respectfully,

               By: /S/ B. Bradley Weitz
                 B. Bradley Weitz, Esq.
                 The Weitz Law Firm, P.A.
                 Attorney for Plaintiff
                 Bank of America Building
                 18305 Biscayne Blvd., Suite 214
                 Aventura, Florida 33160
                 Telephone: (305) 949-7777
                 Facsimile: (305) 704-3877
                 Email: bbw@weitzfirm.com

---

As the August 16, 2022 conference was scheduled by Judge Parker, to whom this case is referred for general pretrial management and for settlement, any applications regarding that conference should be made to Judge Parker.

SO ORDERED.

_____
Hon. Ronnie Abrams
August 1, 2022