# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida  33160
Main:  305-949-7777
Fax:    305-704-3877

August 1, 2022

**VIA CM/ECF**
Honorable Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 17D
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/02/2022

**MEMO ENDORSED**

Re:   Velasquez v. Mykita Shop LLC
      Case 1:22-cv-02948- RA-KHP

Dear Judge Parker:

The undersigned represents the Plaintiff in the above-captioned case. The Initial Pretrial Conference in this matter is currently scheduled for August 16, 2022, at 10:45 a.m., in your Honor's Courtroom.  However, Plaintiff's counsel is out of the country and will not be able to attend the hearing in person on the day of the Conference. Concurrently, counsel for Terra Broome-Street LLC will also be out of the country on the date of the Conference and will not be able to attend in-person, nor telephonically.

Therefore, Plaintiff hereby respectfully seeks an adjournment of this Conference until after an August 22nd date convenient to the Court when all parties will be able to attend the Conference.  In addition, the undersigned informs the Court that counsel for Mykita Shop LLC will not be available the week of August 29.

The undersigned has conferred with the opposing counsel in this matter, who have not objected to the filing of this motion.  This is the undersigned counsel's first request for an adjournment of this Conference.  Thank you for your attention to this matter.

Respectfully,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com

**APPLICATION GRANTED:** Initial Case Management Conference in this matter scheduled for Tuesday, August 16, 2022, at 10:45 a.m.  is hereby rescheduled to Wednesday, August 24, 2022 at 3:00 p.m. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  Please dial (866) 434-5269; access code 4858267.

APPLICATION GRANTED

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
08/02/2022