# BRAVERMAN | GREENSPUN

A PROFESSIONAL CORPORATION

Michael A. Savino
Direct: (332) 600-1245
msavino@braverlaw.net

November 9, 2022

<u>VIA ECF</u>

The Honorable Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/09/2022
```

**MEMO ENDORSED**

      Re:    *Velasquez v. Terra Broome-Street LLC et al.*
               Civil Action No. 1:22-cv-02948-RA

Dear Judge Parker:

      This office represents Defendant The Nieuw Broome Tenants Corp. in the above-captioned case. We write, jointly with counsel for all parties, to respectfully request an adjournment of the conference before Your Honor, currently scheduled for November 10, 2022. <u>The reason for this request is that the Plaintiff has reached a settlement agreement in principle to resolve this case with the Defendants. However, Defendants are currently in discussions to potentially resolve the cross-claims asserted</u>.

      Based on the foregoing, Defendant respectfully requests that the Court enter an order, adjourning the conference to November 28, 2022.

                                               Respectfully submitted,

                                               Michael A. Savino

cc: All counsel of record *via ECF*

**APPLICATION GRANTED:** The Settlement Conference scheduled for Thursday, November 10, 2022 at 1:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Monday, January 9, 2023 at 2:00 p.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties shall complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>January 3, 2023 by 5:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker* (signature)

Hon. Katharine H. Parker, U.S.M.J.

11/09/2022