**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

RICARDO VELASQUEZ,   CASE NO: 1:22-cv-02948-RA

    Plaintiff,

vs.

TERRA BROOME-STREET LLC,
a New York limited liability company,
and MYKITA SHOP LLC, a New York
company, d/b/a MYKITA, and THE
NIEUW BROOME TENANTS CORP.
a New York limited liability company,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    COMES NOW, Plaintiff, RICARDO VELASQUEZ, and Defendants, TERRA BROOME-STREET LLC, a New York limited liability company, and MYKITA SHOP LLC, a New York limited liability company, d/b/a MYKITA, and THE NIEUW BROOME TENANTS CORP., a New York corporation, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in the above styled case among all parties. The settlement agreement has been drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter.  Please cancel all upcoming events in this matter.

    Dated: This 20th day of December, 2022.

| | |
|---|---|
| By: /S/ Robert J. Mirel | By: /S/ Howard S. Kronberg |
|     Robert J. Mirel, Esq. |     Howard S. Kronberg, Esq. |
|     The Weitz Law Firm, P.A. |     Keidel, Weldon & Cunningham, LLP |
|     Bank of America Building |     925 Westchester Ave. |
|     18305 Biscayne Blvd., Suite 214 |     Suite 400 |
|     Aventura, Florida 33160 |     White Plains, New York 10604 |
|     Telephone:  (305) 949-7777 |     Tel: (914) 948-7000 |
|     Facsimile:   (305) 704-3877 |     Fax (914) 948-7010 |
|     Email: rjm@weitzfirm.com |     *Attorney for Terra Broome-Street LLC* |
|     *Attorney for Plaintiff* | |

| | |
|---|---|
| By: /S/ Leonardo Trivigno<br>Leonardo Trivigno, Esq.<br>Carter Ledyard & Milburn LLP<br>28 Liberty Street<br>New York, NY 10005<br>Tel: (212) 238-8724<br>Fax: (212) 732-3232<br>*Attorney for Mykita Shop LLC* | By: /S/ Michael A. Savino<br>Michael A. Savino, Esq.<br>Braverman Greenspun<br>110 East 42nd Street, 17th Floor<br>New York, New York 10017<br>Tel: (212) 682-2900<br>*Attorney for The Nieuw Broome Tenants Corp.* |