USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RICARDO VELASQUEZ,

                              Plaintiff,

              -against-                                              22-CV-2948 (RA) (KHP)

TERRA BROOME-STREET LLC, a New York limited liability company, MYKITA SHOP LLC, a New York limited liability company, d/b/a MYKITA, and THE NIEUW BROOME TENANTS CORP., a New York limited liability company,                         **ORDER ADJOURNING SETTLEMENT CONFERENCE**

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on December 20, 2022 (doc. no 53) the Settlement Conference previously scheduled for **January 9, 2023** is hereby adjourned *sine die*.

        **SO ORDERED.**

DATED:      New York, New York
                December 21, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge